No. D–1823. IN RE DISBARMENT OF BALDAUFF. Disbarment entered. [For earlier order herein, see 521 U. S. 1134.]

No. D–1831. IN RE DISBARMENT OF SCOTT. Disbarment entered. [For earlier order herein, see 521 U. S. 1135.]

No. D–1832. IN RE DISBARMENT OF WELCKER. Disbarment entered. [For earlier order herein, see 521 U. S. 1135.]

No. D–1840. IN RE DISBARMENT OF GILBERT. Ronald Bart Gilbert, of Miami, Fla., having requested to resign as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to the practice of law before this Court. The rule to show cause, issued on September 29, 1997 [521 U. S. 1147], is discharged.

No. D–1860. IN RE DISBARMENT OF SCHOENEMAN. Charles W. Schoeneman, of Arlington, Va., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1861. IN RE DISBARMENT OF WILSON. Douglas Downes Wilson, of Roanoke, Va., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1862. IN RE DISBARMENT OF MANSON. Joseph F. Manson III, of Fairfax, Va., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1863. IN RE DISBARMENT OF FUTRELL. Tim Futrell, of Cambridge, Mass., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1864. IN RE DISBARMENT OF SOLBER. Peter V. Solber, of Chicago, Ill., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.